

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2022

No. 04-21-00313-CR

David **GREENWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1707142
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief is due on January 31, 2022. On January 26, 2022, appellant filed a second unopposed motion for extension of time to file brief. The motion is GRANTED. Appellant's brief is due **no later than March 2, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court